1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10   HECTOR MANUEL LARA,              )   CASE NO. CV 16-6085-RSWL (PJW)
                                      )
11                  Petitioner,       )   ORDER DISMISSING PETITION FOR WRIT
                                      )   OF HABEAS CORPUS AS MOOT
12            v.                      )
                                      )
13   S. FRAUENHEIM, WARDEN,           )
                                      )
14                  Respondent.       )
     _____)
15

16        The Court has received notification, in the form of a signed

17   declaration from the Pleasant Valley State Prison Litigation

18   Coordinator, that Petitioner has died.  Because the Court can no

19   longer grant the relief sought, the Petition is dismissed as moot.

20   *See*, *e.g.*, *Farmer v. McDaniel*, 692 F.3d 1052, 1052 (9th Cir. 2013)

21   (dismissing appeal as moot where habeas petitioner died while petition

22   ///

23   ///

24   ///

25
26
27
28

for rehearing was pending); *Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005).

IT IS SO ORDERED.

DATED: 10/12/2017.        s/ RONALD S.W. LEW
                         RONALD S.W. LEW
                         UNITED STATES DISTRICT JUDGE

Presented by:

*Patrick J. Walsh*

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Ord dismiss case as moot.wpd

2