JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MANUEL LARA,<br><br>           Petitioner,<br><br>    v.<br><br>S. FRAUENHEIM, WARDEN,<br><br>           Respondent. | CASE NO. CV 16-6085-RSWL (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Petition filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 10/12/2017.    s/ RONALD S.W. LEW
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE